**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Javier RAMIREZ–PACHECO, a.k.a.
Javier Pacheco Ramirez,
Defendant–Appellant.**

**No. 13–10629.**

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 23, 2014.*

Filed Oct. 6, 2014.

Fredrick A. Cocio, Esquire, Assistant U.S., USYU–Office of the U.S. Attorney, Yuma, AZ, for Plaintiff–Appellee.

Marc Victor, Esquire, Chandler, AZ, for Defendant–Appellant.

Javier Ramirez–Pacheco, pro se.

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

## MEMORANDUM ***

Javier Ramirez–Pacheco appeals from the district court's judgment and challenges his guilty-plea conviction and 46–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramirez–Pacheco's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramirez–Pacheco the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Ramirez–Pacheco has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

